```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

DEBORAH J. BYERLY,                    :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :
                                      :    CIVIL ACTION 12-0494-M
CAROLYN W. COLVIN,                    :
Commission of Social Security,        :
                                      :
     Defendant.                       :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Deborah J. Byerly.

DONE this 24th day of April, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE